

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2024

The Honorable Robert W. Lehrburger,
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Mohamed Bahi*, 24 Mag. 3535

Dear Judge Lehrburger:

    The Government respectfully requests that the complaint in the above-captioned matter, to the extent not already unsealed, be unsealed.

    Respectfully Submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____/s/_____
    Celia Cohen
    Andrew Rohrbach
    Hagan Scotten
    Derek Wikstrom
    Assistant United States Attorneys
    (914) 993-1921 / (212) 637-1944/2410/1085

So ordered.
USMJ
10/8/2024