

**Potomac Law Group, PLLC**

1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.743-1511 | F 202.318.7707 | www.potomaclaw.com
dadams@potomaclaw.com

October 18, 2024

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Mohamed Bahi, 24 Mag. 3535**

Dear Judge Lehrburger:

We write on behalf of the Defendant in the above-referenced matter, Mohamed Bahi, to respectfully request an extension of time to meet the conditions of release detailed by Your Honor on October 8, 2024. Specifically, Mr. Bahi provided the names and requested documents for two co-signers of the personal recognizance bond. Each co-signer participated in an interview this week with the United States Attorney's Office. However, defense counsel and counsel for the government are engaged in continuing discussions regarding the two co-signers provided. As such, we respectfully request an extension of time until October 25, 2024 for the defendant to fully satisfy the conditions of release. The government does not object to this request.

Respectfully submitted,

/s/Derek Adams
Derek Adams
Potomac Law Group, PLLC
1717 Pennsylvania Avenue, N.W., Suite 1025
Washington, DC 20006
(202) 743-1511
dadams@potomaclaw.com

*Counsel for Defendant*