

**Potomac Law Group, PLLC**

1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.743-1511 | F 202.318.7707 | www.potomaclaw.com
dadams@potomaclaw.com

November 20, 2024

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Mohamed Bahi, 24 Mag. 3535**

Dear Judge Aaron:

      We write on behalf of the Defendant in the above-referenced matter, Mohamed Bahi, to respectfully request an amendment to Mr. Bahi's appearance bond, issued by the Court on October 8, 2024. Doc. 5. While Mr. Bahi has obtained two individuals who have agreed to co-sign Mr. Bahi's appearance bond, after further deliberations the parties agreed to additionally secure the bond with property owned by Mr. Bahi, located at 6 Allison Place, Staten Island, NY 10306. As such, we request that the Court amend the appearance bond to reflect a secured bond of $250,000, secured by 6 Allison Place, Staten Island, NY 10306, and cosigned by two financially responsible individuals. The government consents to the requested amendment.

      Mr. Bahi further requests that the Court permit him one week from issuance of the amended appearance bond to fully satisfy the conditions of release, as defense counsel will thereafter file a confessed judgment in New York Supreme Court to finalize security of the bond, and we understand that the Court will also need to swear the co-signers to the bond. The government does not object to this request.

                                                  Respectfully submitted,

                                                  /s/Derek Adams
                                                  Derek Adams

                                                  *Counsel for Defendant*