

**Potomac Law Group, PLLC**

1177 Avenue of the Americas, 5th Floor | New York, NY 10036
1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.743-1511 | F 202.318.7707 | www.potomaclaw.com
dadams@potomaclaw.com

June 2, 2025

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Mohamed Bahi, 24 Mag. 3535**

Dear Judge Wang:

I write on behalf of the Defendant in the above-referenced matter, Mohamed Bahi, to respectfully request permission for Mr. Bahi to travel to Allentown, Pennsylvania on June 13 for an event at the Islamic Society of Allentown that Mr. Bahi is intending to host (a Kids Family Fun Night event). Mr. Bahi's conditions of release restrict him to SDNY/EDNY/DNJ (Doc No. 5, at pgs. 4-5). As such, we seek permission of the Court for this event in Pennsylvania on June 13. I have conferred with the government, and it does not object to this request.

Respectfully submitted,

/s/Derek Adams
Derek Adams

*Counsel for Defendant*